UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Maria BASOVA and Andrei BASOV;
Muhammad T. ISLAM; Emilia PAULOVA;
and Miroslav ARENDAC; Lukas PAULO;
Irene SAFONOVA and Andrey SMIRNOV;
Dorota KRUPSKA; Iwona SNIADOWSKI;
Zdzislaw GORCZOWSKI and Renata
GORCZOWSKI; Mohammed RAHMAN,
Rokeya RAHMAN, Sharmin RAHMAN,
Zinia RAHMAN and Ashrafur RAHMAN;
Mohmmad HAQ and Nurjahan BEGUM;
Leszek PIETRZAK; Nina ANICHINA and
Timour TEMINDAROV; and Mingma
SHERPA,

                Plaintiffs,

  -against-

John ASHCROFT, Attorney General;
UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES, Eduardo
AGUIRRE, Director, United States
Citizenship & Immigration Services;
Mary Ann GARTNER, District Director,
New York District Office, United States
Citizenship and Immigration
Services; DEPARTMENT OF STATE;
FEDERAL BUREAU OF INVESTIGATIONS;
CENTRAL INTELLIGENCE AGENCY; and
the UNITED STATES OF AMERICA,

                Defendants.
-----------------------------------------------------------------------X

JUDGMENT
03-CV- 4929 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 29, 2005 ★

P.M. _____
TIME A.M. _____

      A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on August 23, 2005, granting defendants' motion to dismiss with respect to all plaintiffs; and dismissing the complaint with prejudice; it is

JUDGMENT
03-CV- 4929 (DGT)

ORDERED and ADJUDGED that defendants' motion to dismiss is granted with respect to all plaintiffs; and that the complaint is dismissed with prejudice.

Dated: Brooklyn, New York
August 25, 2005

ROBERT C. HEINEMANN
Clerk of Court

By:  s/Terry Vaughn
TERRY VAUGHN
Chief Deputy Clerk
for Operations